# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BORIS J. STOGNER

NO. 2022 KW 0934

**OCTOBER 11, 2022**

---

In Re:   Boris J. Stogner, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 06-CR10-94953.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** This writ appears to be an application for reconsideration of the denial of relator's request for a stay of the postconviction relief proceedings filed here first. Relator should first seek relief in the district court. Furthermore, the postconviction motion for factual innocence is a separate pleading. Relator may file a separate writ application with this court after this motion is presented to and ruled upon by the district court.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

---
DEPUTY CLERK OF COURT
    FOR THE COURT